# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| TRAVIS CLOSE AND TINA CLOSE, | * | |
| Individually and as Best Friend and | * | |
| Guardian of G.C. and A.C., minor children | * | DOCKET NO. 1:18-cv-110 |
| | * | |
| PLAINTIFFS, | * | JURY DEMAND |
| | * | |
| VS | * | |
| | * | |
| COOL RUNNINGS EXPRESS, INC. | * | |
| AND BENJAMIN SCOTT BREWER | * | |
| | * | |
| DEFENDANTS | * | |

## PLAINITFF'S FIFTH MOTION IN LIMINE – PLAINTIFF TRAVIS CLOSE'S CRIMINAL RECORD

Plaintiffs move that this Court exclude any evidence of arrests or convictions against Travis Close. Any criminal conviction does not meet the requirements of Federal Rules of Evidence 609. Mr. Close disclosed a DUI conviction from the 1990's and a Public intoxication from 2002 or 2003. Both crimes are misdemeanors and therefore do not meet the standard. This Court should enter an order excluding any evidence and prohibiting the questioning of these offenses.

Respectfully submitted,

TRUCK WRECK JUSTICE, PLLC

By: /s/ Danny R. Ellis
      DANNY R. ELLIS, BPR #020747
      1419 Market Street
      Chattanooga, TN 37402
      423-265-2020
      danny@truckwreckjustice.com

# CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing has been served via CM/ECF upon the following:

John J. Griffin, Jr., Esq.
Michael A. Johnson, Esq.
Kay Griffin, PLLC
222 Second Avenue North, Suite 340-M
Nashville, TN 37201

Thomas M. Horne, Esq.
Luther-Anderson, PLLP
100 W. Martin Luther King Blvd.
One Union Square, Suite 700
Chattanooga, TN 37402

Rebecca C. Blair
Claire G. Sawyer
The Blair Law Firm
1608 Westgate Circle, Suite 100
Brentwood, TN 37027

   This 26th day of April, 2021.

                */s/Danny R. Ellis*
                DANNY R. ELLIS