# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| TRAVIS CLOSE, *et al.*, | ) |
|     *Plaintiffs*, | ) Case No. 1:18-cv-110 |
| v. | ) Judge Travis R. McDonough |
| COOL RUNNINGS EXPRESS, INC., *et al.*, | ) Magistrate Judge Christopher H. Steger |
|     *Defendants*. | ) |

## ORDER

The final pretrial conference in this matter is hereby **RESET** for **May 10, 2021**, at **10:00 a.m.**, in Courtroom 3 at the United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**