UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TRAVIS CLOSE, *et al.*, | ) |
|     *Plaintiffs*, | ) Case No. 1:18-cv-110 |
| v. | ) Judge Travis R. McDonough |
| COOL RUNNINGS EXPRESS, INC., *et al.*, | ) Magistrate Judge Christopher H. Steger |
|     *Defendants*. | ) |

**ORDER**

Trial in this matter was previously scheduled to begin on June 1, 2021. On June 1, 2021, however, the Court continued the trial because Plaintiffs' counsel violated Local Rule 83.2, which prohibits certain public statements regarding pending civil proceedings. After the Court continued the trial, Defendants moved for sanctions, requesting that Plaintiffs pay certain attorneys' fees and costs incurred in preparation for trial and in preparing their motions for sanctions. (*See* Docs. 158, 160.) After filing their motions for sanctions, Defendants also moved for leave to conduct discovery regarding the circumstances that led to Plaintiffs' counsel's public statements on the eve of trial. (Doc. 161.)

On August 3, 2021, Plaintiffs' counsel responded to Defendants' motions for sanctions. (Doc. 162.) In his response, he acknowledged his violation of the Court's local rules and represented that he has taken the following actions:

1. I have written a personal check to each of the defense team for the sums which they presented to the Court.

a. I have written a personal check to Kay Griffin, PLLC. In the amount of $10,122.38.

   b. I have written a personal check to the Blair Law Firm in the amount of $4,171.05

   c. I have written a personal check to Billy Sizemore for $324.26 delivering the same to Kay Griffin to send to Mr. Sizemore.

2. I have personally sent a written letter of apology, to each defense counsel, with the checks including my desire for my apology to be communicated to the Sizemores.

3. I have sent a letter of apology to the Close family, my clients.

(*Id*. at 2.)

Based on the foregoing representations, Defendants' motions for sanctions (Docs. 158, 160) are **GRANTED** to the extent Plaintiffs' counsel has paid attorneys' fees and costs requested in Defendants' motions. To the extent Defendants' motions request additional sanctions, the motions are **DENIED**. Additionally, the Court finds that further discovery is unnecessary. Accordingly, Defendants' motion for leave to conduct discovery (Doc. 161) is **DENIED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE